UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALLSTAR MARKETING GROUP, LLC,

                           Plaintiff,                     21-CV-0334 (JMF)

      -v-                                                  UNSEALING ORDER

8AIIA, et al.,

                        Defendants.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the attached letter, the Court hereby ORDERS that this Action be unsealed and that Records Management upload all documents filed to date on the Electronic Case Filing system. Plaintiff shall promptly file its proposed preliminary injunction order, submitted to Chambers via email on January 25, 2021, on ECF.

       SO ORDERED.

Dated: January 26, 2021
       New York, New York                         JESSE M. FURMAN
                                                       United States District Judge



Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

January 25, 2021

**VIA EMAIL**
Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:** *Allstar Marketing Group, LLC v. 8aiia, et al.,*
           Case No. 21-cv-334 (JMF)
           **Status Letter**

Dear Judge Furman,

    We represent Plaintiff Smart Study Co., Ltd. ("Plaintiff"), in the above-referenced, matter.[1] On January 14, 2021, Plaintiff filed this action and moved *ex parte* against the above-captioned Defendants for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing bifurcated and alternative service. On the same day, January 14, 2021, the Court entered an Order granting Plaintiff's Application ("TRO"). Pursuant to the Court's directives in the TRO, Plaintiff respectfully submits the instant status update.

    On January 25, 2021, pursuant to the alternative methods of service authorized by the TRO, Plaintiff served the Summons, Complaint, TRO and all papers filed in support of the Application on each and every Defendant.[2] As Defendants have been served, Plaintiff respectfully submits it is now appropriate to unseal the matter. Submitted herewith is a Proposed Unsealing Order.

    Further, in anticipation of Thursday's Show Cause Hearing on Plaintiff's application for a preliminary injunction order, submitted herwith is a Proposed Preliminary Injunction Order.

    We thank the Court for its time and attention to this matter.

                                    Respectfully submitted,

                                    **EPSTEIN DRANGEL LLP**
                                    BY: __/s/Brieanne Scully_____

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Memorandum of Law.

[2] Plaintiff will promptly file a Certificate of Service once the matter is unsealed.

Hon. Jesse M. Furman
January 25, 2021
Page 2

                                                    Brieanne Scully (BS 3711)
                                                    bscully@ipcounselors.com
                                                    60 East 42nd Street, Suite 2520
                                                    New York, NY 10165
                                                    Telephone: (212) 292-5390
                                                    Facsimile: (212) 292-5391